___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK U.S DISTRICT COURT
OCT 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Southwest Regional Council of Carpenters,*<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>*Senel Construction Engineering,*<br><br>　　　　Defendant. | NO. CV 11-7438-GHK (AJWx)<br><br>**JUDGMENT** |

    Pursuant to our October 19, 2011 Order granting Petitioner Southwest Regional Council of Carpenters's Petition to Confirm Arbitration Award, **IT IS HEREBY ADJUDGED** that the arbitration award issued by Arbitrator Edna E.J. Francis on April 30, 2011, in Los Angeles, California, against Respondent Senel Construction Engineering is **CONFIRMED**.

**IT IS SO ORDERED**.

DATED: October 19, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge